# CHOCTAW NORTHERN TOWNSITE & IMPROVEMENT CO. v. RHYNE.

### No. 440. Opinion Filed May 10, 1910.

#### (109 Pac. 74.)

**SUBSCRIPTIONS—Railroad Bonus.** Same as paragraphs 1, 2, and 3 of the syllabus in the case of **Piper v. Choctaw Northern Townsite & Improvement Co.,** 16 Okla. 436, 85 Pac. 965.

(Syllabus by the Court.)

*Error from District Court, Blaine County; M. C. Garber, Judge.*

Action by the Choctaw Northern Townsite & Improvement Company against R. C. Rhyne. Judgment for defendant, and plaintiff brings error. Reversed.

*J. B. Cheadle* and *Sander J. Vigg,* for plaintiff in error.
*R. B. Forrest,* for defendant in error.

WILLIAMS, J. This action, instituted and finally determined in the lower court prior to the erection of the state, involves the validity of a contract executed by the defendant in error in favor of the Watonga & Northwestern Railroad Company, its successors and assigns, which corporation afterwards amended its charter so as to change its name to the Choctaw Northern Railroad Company. This company afterwards duly assigned said contract to the plaintiff in error. It is identical with that held to be valid by the Supreme Court of the Territory of Oklahoma in the case of *Piper v. Choctaw Northern Townsite & Improvement Company,* 16 Okla. 436, 85 Pac. 965. See, also, *Southard v. Arkansas Valley & Western Railway Company,* 24 Okla. 408, 103 Pac. 750, and authorities therein cited. Counsel for defendant in error in his brief concedes that the plaintiff in error should have been permitted to amend his petition if the contract was valid.

It follows that the judgment of the lower court is reversed

and remanded, with instructions to grant a new trial and permit the plaintiff to amend its petition.

All the Justices concur.